CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-03133
# Internal Use Only

Vera v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Melinda Harmon
Lead case: 4:07-cv-02002
Member cases:

4:07-cv-02393
4:07-cv-02397
4:07-cv-02399
4:07-cv-02400
4:07-cv-02402
4:07-cv-02405
4:07-cv-02408
4:07-cv-02411
4:07-cv-02414
4:07-cv-02416
4:07-cv-02419
4:07-cv-02421
4:07-cv-02422
4:07-cv-02423
4:07-cv-02424
4:07-cv-02425
4:07-cv-02427
4:07-cv-02630
4:07-cv-02631
4:07-cv-02633
4:07-cv-02634
4:07-cv-02635
4:07-cv-02637
4:07-cv-02638
4:07-cv-02766
4:07-cv-02767
4:07-cv-02903
4:07-cv-02919
4:07-cv-03120
4:07-cv-03123

Date Filed: 09/26/2007
Date Terminated: 11/15/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

4:07-cv-03125
4:07-cv-03126
4:07-cv-03130
4:07-cv-03131
4:07-cv-03133
4:07-cv-03249
4:07-cv-03250
4:07-cv-03306
4:07-cv-03307
4:07-cv-03308
4:07-cv-03309
4:07-cv-03310
4:07-cv-03311
4:07-cv-03312
4:07-cv-03313
4:07-cv-03314
4:07-cv-03444
4:07-cv-03445

Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: No cause code entered

**Plaintiff**

**Ana Maria Vera** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
Harrison Bettis et al
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email:
mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3066004) filed by Ana Maria Vera. (Attachments: # 1 Civil Cover Sheet Vera, Ana Maria)(Alexander, David) (Entered: 09/26/2007) |
| 09/27/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/10/2008 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy.( Signed by Judge Melinda Harmon ) Parties notified.(mmapps, ) (Entered: 09/27/2007) |
| 10/10/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(tcampbell, ) (Entered: 10/10/2007) |
| 10/10/2007 | | Summons Issued as to Davol, Inc., filed.(ltrevino, ) (Entered: 10/10/2007) |
| 10/11/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Ana Maria Vera, filed.(Alexander, David) (Entered: 10/11/2007) |
| 10/24/2007 | 4 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by all defendants, filed. Motion Docket Date 11/13/2007. (Attachments: # 1 Exhibit 1# 2 Proposed Order Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL) (McFarland, D) (Entered: 10/24/2007) |
| 10/30/2007 | 5 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 10/16/2007, answer due 11/5/2007, filed.(tcampbell, ) (Entered: 10/30/2007) |
| 10/30/2007 | 6 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 10/15/2007, answer due 11/5/2007, filed.(dhays, ) (Entered: 10/30/2007) |
| 10/31/2007 | 7 | ORDER granting 4 Motion to Stay.( Signed by Judge Melinda Harmon ) Parties notified.(bgoolsby, ) (Entered: 11/01/2007) |
| 11/15/2007 | 8 | JPML CONDITIONAL TRANSFER ORDER (7) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842.() (Attachments: # 1 Letter from Rhode Island) Parties notified. (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | | Interdistrict transfer to District of Rhode Island. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a |

| | | |
|---|---|---|
| | | return envelope) sent by FedEx, filed. (kosborne, ) (Entered: 11/15/2007) |

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By ______ Deputy Clerk